IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONALD CLARK**
**ADC #101466**                                                                                                    **PLAINTIFF**

**v.**                          **Case No. 5:14-cv-00449-KGB-JJV**

**LARRY NORRIS, Interim Director,**
**Arkansas Department of Correction**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ADJUDGED this the 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE